# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ISAAC LITHARIO PETERSON

      VS                                        CASE NO.  3:09cv177-LC/MD

ERIC M SHAUGHNESSY, et al.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on June 2, 2009

Motion/Pleadings: MOTION FOR APPOINMENT OF COUNSEL

Filed by PLAINTIFF                     on 6/1/09            Doc.# 10

RESPONSES:

                                        on               Doc.#

                                        on               Doc.#

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    */s/Donna Bajzik*

_____              Deputy Clerk: Donna Bajzik

LC (1 OR 2)

# *ORDER*

Upon consideration of the foregoing, it is ORDERED this 5th day of June, 2009, that:

(a) The relief requested is **DENIED**.

(b) The appointment of counsel in civil cases is "a privilege that is justified in only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Poole v. Lambert*, 819 F.2d 1025, 1028 (11th Cir. 1987).  This case does not meet those exceptional requirements.

                                        s/*L.A. Collier*

                                        **LACEY A. COLLIER**
                            **Senior United States District Judge**